U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2021

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: *United States v. Tien Chieh Wang*, 18 Cr. 882 (LTS)

Dear Judge Swain:

    The Government respectfully submits this letter regarding the schedule for sentencing in the above-captioned matter, which is currently scheduled for February 25, 2021, at 11:00 a.m. The Government's sentencing submission is currently due on February 11, 2021. The parties have recently conferred regarding some factual issues raised in the presentence report and the defendant's sentencing submission, and have agreed that it would be in the interest of the parties and in the interest of judicial efficiency to attempt to resolve these issues among the parties prior to sentencing. Accordingly, the parties jointly request that the Court adjourn the sentencing date, and the date for the Government to file its sentencing submission, by approximately 30 days. I have conferred with defense counsel, who joins in these requests.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/ Thane Rehn
Thane Rehn
Assistant United States Attorney
(212) 637-2354

The request is granted. The sentencing is adjourned to March 25, 2021, at 2:30 p.m. and the related deadlines are modified accordingly. DE# 220 resolved.
SO ORDERED.
2/10/2021
/s/ Laura Taylor Swain, USDJ

Cc: Robert Gottlieb, Esq., and Paul Townsend, Esq. (by ECF)