UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                      No.   18 CR  882  -LTS

TIEN CHIH WANG,

        Defendant.

-------------------------------------------------------x

ORDER

The sentencing hearing in this case is scheduled to proceed on April 8, 2021, at 3:00 p.m. in Courtroom 17C.  The parties' attention is directed to the attached information regarding Courthouse entry and COVID-19 test reporting protocols.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the sentencing proceeding at least 24 hours in advance of the proceeding.  No hard copy documents will be accepted in the courtroom.

To access the audio feed of the conference, members of the press and public may call 888-363-4734 and use access code 1527005# and security code #2226.  Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  See Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021).  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future

hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

      SO ORDERED.

Dated: New York, New York
       March 23, 2021

                                                                     __/s/ Laura Taylor Swain_____
                                                                     LAURA TAYLOR SWAIN
                                                                     United States District Judge