

Robert C. Gottlieb & Associates PLLC
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.robertcgottlieblaw.com
New York · Rome

April 9, 2021

**VIA ECF**

The Honorable Judge Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    *United States v. Wang*, 18 Cr. 882 (LTS)

Dear Judge Swain:

    We represent defendant Tien Chih Wang, who was sentenced by Your Honor yesterday. In light of that sentence, we are seeking the return of Mr. Wang's identification and travel documents, including his passport, which are currently in possession of pre-trial services. Mr. Wang respectfully requests that the Court order their return to him now that the case has been resolved. I have spoken to AUSA Thane Rehn and he has indicated that the Government has no objection to this request.

    We remain available should Your Honor desire a conference on this matter.

                                                            Respectfully submitted,

                                                            ROBERT C. GOTTLIEB
                                                            & ASSOCIATES PLLC

                                                            Robert C. Gottlieb

So Ordered:

/s/ Laura Taylor Swain 4/12/2021
―――――――――――――――――――――
U.S.D.J.